AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

TRANSPORTATION MANAGEMENT AND
CONSULTING, INC., ET AL
V.
BLACK CRYSTAL COMPANY, INC., ET AL

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:   3:04-MC-14-H

I, __JEFFREY A. APPERSON__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __JUNE 2, 2005__, as it appears in the records of this court, and that

*no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rule of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

JUN 1 5 2006
Date

JEFFREY A. APPERSON
Clerk

/s/ Cooper
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04MC-14-H

TRANSPORTATION MANAGEMENT AND
CONSULTING, INC., et al.                                                    PLAINTIFFS

V.

BLACK CRYSTAL COMPANY, INC., et al.                                         DEFENDANTS

### ORDER

The Court has already determined that the conduct of Black Crystal and Patrick T. Hall amounts to bad faith sanctionable by this Court. Plaintiffs have now filed evidence of their attorneys' fees and costs to which Defendants have not responded. The Court finds that the hourly rates and the amount of work performed are reasonable. Plaintiffs are entitled to the full amount.

The Court having been sufficiently advised,

IT IS HEREBY ORDERED that the motion for attorneys' fees is SUSTAINED. Judgment is hereby entered in the amount of $28,555 in favor of Assuranceforeningen Skuld and against Defendant, Black Crystal Company, Inc., and its attorney, Patrick T. Hall, jointly and severally.

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY
DATE: 06/5/2006
BY: [signature]
    Deputy Clerk



June 2, 2005

John G. Heyburn II
Chief Judge, U.S. District Court

cc:    Counsel of Record