**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSPORTATION MANAGEMENT & CONSULTING INC., et al.,

   Plaintiff,

 v.

BLACK CRYSTAL COMPANY INC., et al.,

   Defendant.
               /

No. C 07-80256 MISC MJJ

**ORDER OF REFERENCE**

  Pursuant to Local Rule 72-1, it is HEREBY ORDERED that the Motion of Judgment Creditor Assurance is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

Dated: 11/20/07

                       MARTIN J. JENKINS
                       UNITED STATES DISTRICT JUDGE