IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPORTATION MANAGEMENT & CONSULTING, INC., et al., | No. C 07-80256 MISC-MJJ (MEJ) |
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | |
| BLACK CRYSTAL COMPANY, INC., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to determine Judgment Creditor Assuranceforeningen Skuld's ("Judgment Creditor") Motion for Assignment Order. Accordingly, the Court shall conduct a hearing on January 10, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Judgment Debtor Patrick T. Hall shall file any opposition by December 20, 2007, and Judgment Creditor shall file any reply by December 27, 2007.

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be

submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**Judgment Creditor shall serve this Order upon all other parties.** Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 27, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2