1  Timothy Carl Aires, Esq. (138169)
   AIRES LAW FIRM
2  180 Newport Center Drive, Suite 260
   Newport Beach, California  92660
3  (949) 718-2020
   (949) 718-2021 FAX
4
   Attorneys for Judgment Creditor,
5  ASSURANCEFORENINGEN SKULD

6

7                   UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10  TRANSPORTATION MANAGEMENT          )   Case No. CV-07-80256-MISC-MJJ
    AND CONSULTING INC., ET AL,        )
11                                     )   PROOF OF SERVICE RE: NOTICE OF
              Plaintiff,               )   REFERENCE (MOTION FOR
12                                     )   ASSIGNMENT ORDER)
    v.                                 )
13                                     )   [F.R.C.P., Rule 69; C.C.P. §708.510]
    BLACK CRYSTAL COMPANY INC., ET     )
14  AL,                                )   DATE:      January 10, 2008
                                       )   TIME:      10:00 a.m.
15            Defendants.              )   CTRM:      B, 15th Floor
                                       )
16  ─────────────────────────────────

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

─────────────────────────────────────────────
   PROOF RE: NOTICE OF REFERENCE (MOTION FOR ASSIGNMENT ORDER)
                              1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Timothy Carl Aires, am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

On November 27, 2007, I served the document entitled: *Notice of Reference (Motion for Assignment Order)* on all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Patrick T. Hall
1005 Terra Nova Boulevard, Unit 5
Pacifica, CA 94044

Patrick T. Hall
1112 Balboa Way
Pacifica, CA 94044

(check applicable paragraphs)
X    (BY MAIL IN THE ORDINARY COURSE OF BUSINESS)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On this date, the above-named correspondence was placed for deposit at Newport Beach, CA and placed for collection and mailing following ordinary business practices.

_    (BY PERSONAL SERVICE)  I caused such document to be served by hand on the addressee.

_    (BY EXPRESS SERVICE)  I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

_    (State)    I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    (Federal)    I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2007 _____

Signature of Declarant

PROOF RE: NOTICE OF REFERENCE (MOTION FOR ASSIGNMENT ORDER)

1