Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Judgment Creditor,
ASSURANCEFORENINGEN SKULD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSPORTATION MANAGEMENT AND CONSULTING INC., ET AL,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CRYSTAL COMPANY INC., ET AL,<br><br>Defendants. | Case No. CV-07-80256-MISC-MJJ<br><br>ERRATA NOTICE RE: MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF JUDGMENT CREDITOR ASSURANCEFORENINGEN SKULD FOR ASSIGNMENT ORDER RE: RIGHTS TO PAYMENT OF MONEY DUE OR TO BECOME DUE<br><br>[F.R.C.P., Rule 69; C.C.P. §708.510]<br><br>DATE:  January 10, 2008<br>TIME:  10:00 a.m.<br>CTRM:  B, 15th Floor |

PLEASE TAKE NOTICE that the reference to "Defendant/Judgment Debtor Thornton Davidson individually and dba Thornton Davidson & Associates" appearing at p.8:8-9 of the memorandum of points and authorities in support of the motion of Judgment Creditor Assuranceforeningen Skuld for assignment order re: rights to payment of money due

///
///
///
///
///
///

1 | or to become due (and anywhere else therein) should have been to "Judgment Debtor Patrick
2 | T. Hall".
3 |
4 | DATED: December 18, 2007        AIRES LAW FIRM
5 |
6 | By: _____
7 |         Timothy Carl Aires, Esq.
          Attorney for Judgment Creditor,
          ASSURANCEFORENINGEN SKULD

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Timothy Carl Aires, am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

On December 18, 2007, I served the document entitled: *Errata Notice Re: Memorandum of Points and Authorities in Support of Motion of Judgment Creditor Assuranceforeningen Skuld for Assignment Order Re: Rights to Payment of Money Due or to Become Due* on all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Patrick T. Hall
1005 Terra Nova Boulevard, Unit 5
Pacifica, CA 94044

Patrick T. Hall
1112 Balboa Way
Pacifica, CA 94044

(check applicable paragraphs)

X    (BY MAIL IN THE ORDINARY COURSE OF BUSINESS)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On this date, the above-named correspondence was placed for deposit at Newport Beach, CA and placed for collection and mailing following ordinary business practices.

_    (BY PERSONAL SERVICE)  I caused such document to be served by hand on the addressee.

_    (BY EXPRESS SERVICE)  I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

_    (State)    I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    (Federal)    I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2007   _____
                                        Signature of Declarant

---

ERRATA NOTICE RE: MOTION FOR ASSIGNMENT ORDER

1