# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** January 10, 2008
**TITLE:** Transportation Management -v- Black Crystal          **CASE #:** C-07-80256 MJJ

### APPEARANCES:

**FOR PLAINTIFF:**                                             **FOR DEFENDANT:**

Elizabeth MacDonald, spec'ly                                   Patrick Talbot Hall, Pro Se

**Deputy Clerk:** Brenda Tolbert                               **Reporter:** Debra L. Pas

### PROCEEDINGS:

- ___ Case Management
- ___ Further Case Management
- ___ Status Conference
- ___ Pretrial Conference
- ___ Settlement Conference (Length: Hr/s.)
- ___ Evidentiary Hearing
- ___ Examination of Judgment Debtor
- _X_ Motions
- ___ Other:

**ORDER/RESULTS:**

Plaintiff's Motion for Assignment Order Held. See Court Order. Defendant to submit supplemental brief by 1-17-08.

**Case Continued To:** _____ **For:** _____
**Case Referred To:** _____ **For:** _____

**ORDER TO BE PREPARED BY:** Court

**cc:** Chambers File, Chris, Brenda, **Other:** MJJ